**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAN HARRIS,

                    Plaintiff,

    -against-                                        21 **CIVIL** 8851 (MKV)

                                                            **JUDGMENT**

TD AMERITRADE CLEARING INC.,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 18, 2022, Defendant's Motion to Dismiss is GRANTED. [ECF No. 16]. Plaintiff's Second Amended Complaint is dismissed without prejudice. Plaintiff's Motion for a Preliminary Injunction [ECF No. 23] is DENIED. Plaintiff's requests at ECF Nos. 26, 30, 32, 33 and 34 are DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

        August 18, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**

                               **BY:**    *K. Mango*

                                                           **Deputy Clerk**